

# Fourth Court of Appeals
## San Antonio, Texas

January 23, 2019

No. 04-19-00019-CR

**IN RE** Justin J. **GOMEZ**

Original Mandamus Proceeding[1]

**ORDER**

On January 10, 2019, relator filed a petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DISMISSED FOR LACK OF JURISDICTION. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on January 23, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of January, 2019.

_____
Keith E. Hottle, Clerk of Court

---

[1] This original proceeding arises out of a proceeding that was pending in the San Antonio Municipal Court.